# ARTICLE 1—STUDENT RIGHTS AND RESPONSIBILITIES

## PART 1. STUDENT RIGHTS

### § 1-101 Preamble

(a) A student at the University of Illinois at the Urbana-Champaign campus is a member of a University community of which all members have at least the rights and responsibilities common to all citizens, free from institutional censorship; affiliation with the University as a student does not diminish the rights or responsibilities held by a student or any other community member as a citizen of larger communities of the state, the nation, and the world.

(b) Any rules or regulations considered necessary to govern the interaction of the members of the University community are intended to reflect values that community members must share in common if the purpose of the community to advance education and to enhance the educational development of students is to be fulfilled. These values include the freedom to learn, free and open expression within limits that do not interfere with the rights of others, free and disinterested inquiry, intellectual honesty, sustained and independent search for truth, the exercise of critical judgment, respect for the dignity of others, and personal and institutional openness to constructive change. The following enumeration of rights shall not be construed to deny or disparage other rights retained by these individuals in their capacity as members of the campus community or as citizens of the community at large.

### § 1-102 In the Classroom

The instructor, in the classroom and in conference, should encourage free discussion, inquiry, and expression. Student performance should not be evaluated on opinions or conduct in matters unrelated to academic standards.

(a) Students should be free to take reasoned exception to the data or views offered in any course of study and to reserve judgment about matters of opinion, but they are responsible for learning the content of any course of study for which they are enrolled.

(b) Students should have protection through orderly procedures against prejudiced or capricious academic evaluation. At the same time, they are responsible for maintaining standards of academic performance established for each course in which they are enrolled.

(c) Information about student views, beliefs, and political associations that instructors acquire in the course of their work as instructors, advisers, and counselors should be considered confidential. Protection against improper disclosure is a serious professional obligation. Judgments of ability and character may be provided under appropriate circumstances, normally with the knowledge or consent of the student.

(d) The instructor is in charge of the orderly conduct of the class and may exclude a student or an auditor who does not comply with a reasonable request in this regard. If the student is registered for the course and if the disruption is repeated or so egregious as to violate other conduct regulations, (usually § 1-302(f)), the instructor, after consultation with the department head or designee and the Executive Director of the Senate Committee

1

tables'

EXHIBIT
A


§ 1-102  STUDENT CODE

Student Discipline, may exclude the student from the class until such time as the disciplinary matter has been resolved. If the disciplinary matter is resolved in a manner that permits the student to return to class, the instructor, in consultation with the department head and the Executive Director of the Senate Committee on Student Discipline or designee, shall decide whether and to what extent the student will be permitted to make up course work missed while excluded from class.

(e) Should a student feel that his or her rights as a student have been violated, the student may discuss the matter, to the extent possible, with his or her instructor in the relevant course. If a resolution cannot be reached, the student may contact the head of the department in which the course is being offered. If further assistance is needed, the student may contact the dean's office of the college offering the course. Assistance navigating the process is available through the Student Assistance Center in the Office of the Dean of Students at (217) 333-0050 or helpdean@illinois.edu Monday-Friday between the hours of 8:30 a.m. and 5:00 p.m.

§ 1-103  Campus Expression

(a) Discussion and expression of all views is permitted within the University subject only to requirements for the maintenance of order. Support of any cause by orderly means that are not in violation of law and that do not disrupt the operation of the University nor interfere with the rights of others is permitted.

(b) Members and organizations in the University community may invite and hear any persons of their own choosing, subject only to reasonable requirements on time, place, and manner for use of University facilities.

(c) The campus press and media are to be free of censorship. The editors and managers shall not be arbitrarily suspended because of student, faculty, administration, alumni, or community disapproval of editorial policy or content.

(d) The right of peaceful protest is recognized within the University community. The University retains the right to assure the safety of individuals, the protection of property, and the continuity of the educational process.

(e) Lawful picketing and other forms of peaceful protest are permitted on University premises except that lawful picketing is permitted only out-of-doors.

§ 1-104  Privacy

(a) Members of the University community have the same rights of privacy as other citizens and surrender none of those rights by becoming members of the academic community. These rights of privacy extend to residence hall living. Nothing in University regulations or contracts shall give University officials authority to consent to a search by police or other government officials of offices assigned or living quarters leased to individuals except in response to a properly executed search warrant or search incident to an arrest.

(b) When the University seeks access to an office assigned or living quarters leased to an individual to determine compliance with provisions of applicable multiple dwelling unit laws, ordinances, and regulations, or for improvement or repairs, the occupant shall be notified of such action not less than twenty-four hours in advance. There may be entry without notice in emergencies where imminent danger to life, safety, health, or property is reasonably feared and for custodial service.

(c) The University may not conduct or permit a search of an office assigned or living quarters leased to an individual except in response to a properly executed search warrant or search incident to an arrest.

(d) The University shall not regulate the social life of students or their organizations except as such regulations may apply to use of University premises, facilities, or premises approved for student residences. Additional regulations for living units may be made by a democratically constituted student government for the unit.

STUDENTS RIGHTS AND RESPONSIBILITIES  § 1-106

(e) The University shall not regulate the hours individuals may keep.

§ 1-105  Student Records

(a) The University and its subdivisions should have a carefully considered policy as to the information which should be part of a student's permanent educational record and as to the conditions of its disclosure. To minimize the risk of improper disclosure, academic and disciplinary records are normally separate. (See, however, §3-704(a).) Access to the student's own records and files is guaranteed to each individual and is subject only to reasonable regulation as to time, place, and supervision.

(b) Transcripts of academic records should contain only information about academic status and conditions relating to the student's eligibility for continuing registration on this campus. Information from disciplinary or counseling files should not be available to unauthorized persons on campus, or to any person off campus without the express consent of the subject involved, except in cases where the student is not competent to grant such consent. In such cases, information will be made available only where the safety of persons or property is involved. No records should be kept which reflect the political activities or beliefs of students.

(c) Provisions should also be made for periodic routine destruction of noncurrent disciplinary records. Administrative staff and faculty members should respect confidential information about students which they acquire in the course of their work.

(d) The records and files of individuals no longer at the University shall continue to be subject to the provisions of this document.

§ 1-106  Student Affairs

In student affairs, certain standards must be maintained if the freedom of students is to be preserved.

(a) Freedom of Association

Students bring to the campus a variety of interests previously acquired and develop many new interests as members of the academic community. They should be free to organize and join associations to promote their common interests.

(1) The membership, policies, and actions of a Registered Organization and Registered Student Organization usually will be determined by the vote of only those persons who hold bona fide membership in the college or University community.

(2) Affiliation with an extramural organization should not of itself disqualify a student organization from institutional recognition.

(3) Registered Organizations and Registered Student Organizations are not required to have campus advisors. However, if they chose to have one, each organization should be free to choose its own adviser, and institutional recognition should not be withheld or withdrawn solely because of the inability of a student organization to secure an adviser. Campus advisers may advise organizations in the exercise of responsibility, but they should not have the authority to control the policy of such organizations.

(4) The name(s) and address(es) of an agent or agents, and/or officers of a Registered Organization and Registered Student Organization, are required as a condition of registration.

(5) Campus organizations, including those affiliated with an extramural organization, shall not discriminate against a member or prospective member on the basis of race, color, religion, sex, sexual orientation including gender identity, national origin, ancestry, age, marital status, disability, unfavorable discharge from the military, or status as a disabled veteran or veteran of the Vietnam era, except as specifically exempted by law.

(b) Freedom of Inquiry and Expression

(1) Students, Registered Organizations and Registered Student Organizations should be free to examine and to discuss all questions of interest to them, and to express opinions publicly and privately. They should always be free to support causes by orderly means which do not disrupt the regular and essential operation of the institution. At the same time, it should be made clear to the academic and the larger community that in their public expressions or demonstrations, students or student

organizations speak only for themselves.

(2) Students should be allowed to invite and hear any person of their own choosing. Those routine procedures required by an institution before a guest speaker is invited to appear on campus should be designed only to ensure that there is orderly scheduling of facilities, adequate financial underwriting for costs of services to be provided by the University, adequate preparation for the event, and that the occasion is conducted in a manner appropriate to an academic community. The University's control of campus facilities should not be used as a device of censorship. It should be made clear to the academic and larger community that sponsorship of guest speakers does not necessarily imply approval or endorsement of the views expressed either by the sponsoring group or the institution.

### § 1-107  Religious Beliefs, Observances, and Practices

(a) Illinois law requires the University to reasonably accommodate its students' religious beliefs, observances, and practices in regard to admissions, class attendance, and the scheduling of examinations and work requirements. (See § 1-501; Article 3, Part 2.)

(b) Any student may appeal in writing an instructor's decision on a request based on religious beliefs, observances, and practices to the dean of the academic unit offering the course. Before taking action, the dean or director should request that the instructor explain his or her decision in writing.

### § 1-108  Nondiscrimination Policy

(a) The commitment of the University to the most fundamental principles of academic freedom, equality of opportunity, and human dignity requires that decisions involving students and employees be based on individual merit and be free from invidious discrimination in all its forms.

(b) It is the policy of the University not to engage in discrimination or harassment against any person because of race, color, religion, sex, pregnancy, disability, national origin, citizenship status, ancestry, age, order of protection status, genetic information, marital status, sexual orientation including gender identity, arrest record status, unfavorable discharge from the military, or status as a protected veteran and to comply with all federal and state nondiscrimination, equal opportunity, and affirmative action laws, orders, and regulations. This nondiscrimination policy applies to admissions, employment, access to and treatment in the University programs and activities. Complaints of invidious discrimination prohibited by University policy are to be resolved within existing University procedures.

(c) For additional information on the equal opportunity, affirmative action, and harassment policies of the University, please contact the Director of The Office of Diversity, Equity, and Access (ODEA) at:

1004 South Fourth Street
Champaign, IL 61820
(217) 333-0885
diversity@illinois.edu
diversity.illinois.edu

(d) For additional information on Title IX, ADA, or 504, please contact the Title IX Coordinator at the Title IX and Disability Office at:

703 South Wright Street, Third Floor
Champaign, IL 61820
(844) 616-7978
titleixcoordinator@illinois.edu
wecare.illinois.edu/titleix

### § 1-109  Statement on Consenting Sexual Relationships

University guidelines on responsible professional conduct state that individuals assessing the work of others should base their assessments on appropriate professional criteria. Due to the inherent conflicts of interest, no individual should initiate or participate in institutional or educational decisions involving a direct benefit or penalty to a person with whom that individual has or has had a sexual relationship. Where supervisory or student teacher relationships exist between husband and wife, or members of a couple, whether married or not, it is the responsibility of the teacher or supervisor to alert his/her supervisor so that appropriate arrangements can be made.

### § 1-110  Policy for the Provision of Reasonable Accommodations for Students with Disabilities

(a) The University provides reasonable accommodations to students with disabilities admitted to study at the University in accordance with the following procedures. As the term is used herein, "reasonable accommodations" refer to those academic adjustments, services, and aids provided to otherwise qualified students with disabilities to facilitate equal access to University programs and activities. The Division of Disability Resources and Educational Services (DRES) or the Center for Wounded Veterans in Higher Education (CWVHE), as applicable, coordinates the University's efforts to provide these reasonable accommodations. DRES and CWVHE will consult as necessary to facilitate the processing of requests for reasonable accommodations.

(b) In general, students are responsible for informing the University of their status as a person with a disability and their need for reasonable accommodations. Students with disabilities who are not veterans should direct their requests for reasonable accommodations to the DRES Student Services Office by phone at (217) 333-4603, or disability@illinois.edu. Student with disabilities who are veterans of the U.S. armed forces should direct their requests for reasonable accommodations to the CWVHE at (217) 300-3515 or cwvhe@ahs.illinois.edu. The applicable unit will determine what is a reasonable accommodation based upon an individual student's needs. For academic accommodations, DRES or CWVHE, as applicable, will consult with the faculty member for whose course the accommodations are sought. The University may decline requests for accommodations that impose an undue hardship on the campus or that require the fundamental alteration of academic standards, programs, or coursework.

(c) In order to be considered for reasonable accommodations, the student must meet the following requirements:
 (1) The student must submit a completed Application for Services to DRES or CWVHE, as applicable. Students may obtain applications from:
  DRES: in person at the Rehabilitation-Education Center at 1207 South Oak Street, Champaign IL, or online at disability.illinois.edu.
  CWVHE: in person at 908 West Nevada Street, Urbana, IL, or online at woundedvetcenter.ahs.illinois.edu/.
 (2) The student must have a disability and provide documentation of a disability in accordance with the applicable documentation criteria.

(d) To facilitate timely review of a student's request for reasonable accommodation, the student or prospective student who is requesting accommodations to access University programs and activities must submit a completed Application for Services to DRES or CWVHE, as applicable, as soon as possible. Some accommodations, such as interpreter, real-time captioning services, or the conversion of print-based educational materials to alternative accessible formats can require substantial lead time to schedule or prepare. Therefore, it is recommended that the student return the DRES or CWVHE Application for Services and discuss accommodation needs with DRES or CWVHE personnel at least six weeks before the date on which the student may first require the accommodations.

(e) A student may appeal to the Director of DRES or CWVHE, as applicable:
 (1) an accommodation recommendation by DRES or CWVHE if the student deems such recommendation to be unsatisfactory;
 (2) implementation of a DRES or CWVHE accommodation recommendation if the student deems such implementation ineffective. A student may appeal a determination of the

§ 1-110 STUDENT CODE

DRES Director or the CWHVE Director to the Dean of the College of Applied Health Sciences.

(f) A student may also direct questions or concerns regarding accommodation decisions by DRES or CWHVE or other campus units to the Office of Diversity, Equity, and Access (ODEA), which is located at 1004 South Fourth Street, Champaign, IL or by phone at (217) 333-0885.

### § 1-111 Sexual Misconduct Policy

(a) The University of Illinois at Urbana-Champaign ("University") is committed to providing a safe and welcoming campus environment free from discrimination based on sex, which includes sexual assault, sexual exploitation, stalking, sexual harassment, dating violence, and domestic violence (collectively referred to as sexual misconduct). The University prohibits and will not tolerate sexual misconduct because such behavior violates the University's institutional values, adversely impacts the University's community interest, and interferes with the University's mission. The University also prohibits retaliation against any person who, in good faith, reports or discloses a violation of this policy, files a complaint, and/or otherwise participates in an investigation, proceeding, complaint, or hearing under this policy. Once the University becomes aware of an incident of sexual misconduct, the University will promptly and effectively respond in a manner designed to eliminate the misconduct, prevent its recurrence, and address its effects.

(b) This policy applies to (1) all students, Registered Organizations, Registered Student Organizations, and others subject to student discipline pursuant to § 1-301 of the Student Code; (2) all University employees; (3) other affiliated individuals, including but not limited to, for purposes of this policy, visiting faculty, visiting scholars, and post-doctoral fellows; and (4) third parties, including but not limited to contractors, subcontractors, volunteers, and visitors. Any person asserting a violation may invoke this policy. This policy applies regardless of actual or perceived sexual orientation or gender identity. This policy covers conduct that occurs on University premises or property, as well as conduct that does not occur on University premises or property that substantially affects the University community's interest.

(c) Definitions:
(1) Sexual misconduct includes sexual harassment, sexual assault, sexual exploitation, stalking, dating violence and domestic violence.
(2) Sexual assault is any sexual contact that does not involve the knowing consent of each person, including (A) any form of sexual penetration without consent; and (B) any intentional or knowing touching or fondling by either person, directly or through clothing, of the sex organs, buttocks, or breasts of the other person for the purpose of sexual gratification or arousal of either person without consent.
(3) Consent is informed, freely and actively given, mutually understandable words or actions that indicate a willingness to participate in mutually agreed upon sexual activity. A person can withdraw consent at any time. There is no consent when there is force, threats, intimidation, or duress. A person's lack of verbal or physical resistance or manner of dress does not constitute consent. Consent to past sexual activity with another person does not constitute consent to future sexual activity with that person. Consent to engage in sexual activity with one person does not constitute consent to engage in sexual activity with another person. A person cannot consent to sexual activity if such person is unable to understand the nature, fact, or extent of the activity or give knowing consent due to circumstances including without limitation the following: (A) the person is incapacitated due to the use or influence of alcohol or drugs; (B) the person is asleep or unconscious; (C) the person is under the legal age to provide consent; or (D) the person has a disability that prevents such person from having the ability or capacity to give consent.
(4) Sexual exploitation is the use of another person's nudity or sexual activity without consent for the purpose of sexual gratification, financial gain, personal benefit, personal advantage, or any other non-legitimate purpose. Sexual exploitation includes, but is not limited to: (A) without the knowledge and consent of all participants, observing, recording, or photographing nudity or sexual activity of one or more persons in a

STUDENTS RIGHTS AND RESPONSIBILITIES  § 1-111

location where there is a reasonable expectation of privacy, allowing another to observe, record, or photograph nudity or sexual activity of one or more persons, or otherwise distributing recordings, photographs, or other images of the nudity or sexual activity of one or more persons; and (B) sending sexually explicit materials of another person without consent of the recipient.
(5) Sexual harassment is unwelcome sexual, sex-based, or gender-based conduct, whether verbal, written, electronic and/or physical in nature:
 (A) that is (1) sufficiently severe or pervasive; and (2) objectively offensive; and (3) unreasonably interferes with, denies, or limits a person's ability to participate in or benefit from educational and/or employment opportunities, assessments, or status at the University; or
 (B) by a person having power or authority over another in which submission to such conduct is made explicitly or implicitly a term or condition of educational and/or employment opportunities, participation, assessments, or status at the University.
(6) Stalking is two or more acts directed at a specific person that would cause a reasonable person to fear for her, his, or others' safety, or to suffer substantial emotional distress, and includes, but is not limited to, following, monitoring, surveilling, or threatening a person; initiating or continuing contact with a person without consent; or interfering with or damaging a person's property.
(7) Dating violence is violence committed by a person who is or has been in a social relationship of a romantic or intimate nature with the victim, and the existence of such a relationship shall be determined based on the reporting party's statement and with consideration of the length of relationship, the type of the relationship, and the frequency of the interaction between the persons involved in the relationship.
(8) Domestic violence is felony or misdemeanor crimes of violence committed by: (A) a current or former spouse or intimate partner of the alleged victim; (B) a person with whom the alleged victim shares a child in common; (C) a person who is cohabitating with, or has cohabitated with, the alleged victim as a spouse or intimate partner; (D) a person similarly situated to a spouse of the alleged victim under the domestic or family violence laws of the State of Illinois; or (E) any other person against an adult or youth alleged victim who is protected from that person's acts under the domestic or family violence laws of the State of Illinois.

(d) Retaliation is any action, or attempted action, directly or indirectly, against any person(s), who, in good faith, reports or discloses a violation of this policy, files a complaint, and/or otherwise participates in an investigation, proceeding, complaint, or hearing under this policy. Retaliation includes, but is not limited to harassment, discrimination, threats, job termination, adjustment in pay or responsibilities, or negative impact on academic progress. Actions are considered retaliatory if they have a materially adverse effect on the working, academic, or living environment of a person; or if they hinder or prevent the person from effectively carrying out their University responsibilities. Any person or group within the scope of this policy who engages in retaliation is subject to a separate complaint of retaliation under this policy.

(e) The Lead Title IX Coordinator is responsible for coordinating the University's efforts to comply with and carry out its responsibilities under Title IX of the Education Amendments of 1972 ("Title IX"), which prohibits sex discrimination, including sexual misconduct, in education programs and activities for institutions that receive federal financial assistance, as well as retaliation for the purpose of interfering with any right or privilege protected by Title IX. The Lead Title IX Coordinator oversees the University's response to all reports and complaints of sexual misconduct to monitor outcomes, identify and address any patterns or systemic problems, and to assess their effects on the campus climate. The Lead Title IX Coordinator also evaluates requests for confidentiality by those who report or complain about sexual misconduct in the context of the University's responsibility to provide safe and welcoming campus environment for all students free from discrimination based on sex. Following a report or complaint of sexual misconduct, the University is required to conduct an adequate, reliable, impartial, equitable, and prompt investigation, including: (1) determining whether the report or complaint alleges conduct that may, upon further investigation, constitute prohibited sexual misconduct; (2) appointing an investigative team to conduct that investigation; (3) determining whether reports and complaints are

handled properly in a prompt and timely manner; (4) informing all parties regarding the disciplinary process; (5) confirming that all parties have been notified of a decision and the right to, and procedures for, an appeal, if applicable; (6) maintaining information and documentation related to the investigation in a secure manner, consistent with the University's obligations to disclose information as required by law; and (7) monitoring compliance with timeframes set forth in the applicable procedures.

(f) Danielle Morrison serves as the University's Title IX and Disability Coordinator and can be contacted at the Title IX and Disability Office, 703 South Wright Street, Third Floor, Champaign, IL 61820; by phone at (844) 616-7978; or by email at titleixcoordinator@illinois.edu.

(g) A person should contact the Lead Title IX Coordinator or a Deputy Title IX Coordinator to: (1) seek information or training about rights and available actions to resolve reports or complaints involving potential sex discrimination, including sexual misconduct; (2) file a complaint or make a report of sex discrimination, including sexual misconduct; (3) notify the University of an incident, policy or procedure that may raise potential Title IX concerns; (4) get information about available resources (including confidential resources) and support services relating to sex discrimination, including sexual misconduct; and (5) ask questions about the University's policies and procedures related to sex discrimination, including sexual misconduct.

## PART 2. GENERAL RESPONSIBILITIES OF STUDENTS

### § 1-201 Responsibilities of Students

(a) Students are responsible for knowing and complying with the regulations of the University, their college, and the departments from which they take courses, and for fulfilling the requirements for a particular degree. Regulations applicable to given colleges may be obtained from the respective deans.

(b) It is expected that students enrolled in the University will conduct themselves at all times in accordance with accepted principles of responsible citizenship and with due regard for the rights of others.

## PART 3. STUDENT DISCIPLINE

### § 1-301 Basis for Discipline—Source and Jurisdiction

(a) By authority of the Board of Trustees, the Urbana-Champaign Senate Committee on Student Discipline is responsible for the administration of student discipline for acts involving the violation of campus or University regulations. These regulations are formulated by a variety of sources, including, but not limited to, the Conference on Conduct Governance, the Senate, the Chancellor, the President, and the Board of Trustees.

(b) It is in the best interest of the University and all those who are students or who may desire to become students at the Urbana-Champaign campus that the basis for discipline at this campus be clearly defined. The University discipline system recognizes that not all violations of law affect the interests of the University community, and the discipline system accepts jurisdiction only in those instances in which the University community's interest is substantially affected. On the other hand, the University may take disciplinary action for incidents that violate the University's rules of conduct even though such conduct is not prosecuted in the courts. All members of the University community are expected to observe high standards of integrity and ethical behavior. The University discipline system may take action only upon the following basis:

(1) all actions that are violations of law or Board of Trustees' action or any University rule of conduct and that occur on University premises or property

(2) all actions that violate any of the laws or regulations cited in section (a) above and that substantially affect the University community's interest, even though such actions

8

STUDENTS RIGHTS AND RESPONSIBILITIES  § 1-301

do not occur on University premises or property (for further information about the criteria used by the Senate Committee on Student Discipline in determining the kinds of conduct covered by this jurisdiction, see www.conflictresolution.illinois.edu or contact the Office for Student Conflict Resolution)

(3) all cases referred to the discipline system following interim suspension by the Chancellor

(4) academic violations

(5) appeals and referrals from student judiciaries arising from violations of regulations

(6) violations of University vehicle or bicycle regulations

(c) Individuals subject to student discipline include but is not limited to all persons:

(1) taking courses at the University;

(2) who cancel, withdraw, or graduate after committing behavior which may violate the code;

(3) who are not officially enrolled for a particular term but have a continuing relationship with the University; and

(4) who have been notified of and accepted their admission.

This definition includes but is not limited to individuals between academic terms and persons who consent to participating in the student discipline process.

(d) The actions of a Registered Organization and Registered Student Organization in University-approved activities or University-sponsored activities that are in violation of University regulations for organizations may result in disciplinary action against that organization. In addition, individuals involved may also receive disciplinary action as well.

(e) The University reserves the right to deny admission to any person because of previous misconduct that may substantially affect the interest of the University, or to admit such a person on an appropriate disciplinary status. The admission of such a person will not be approved or denied until the case has been heard by the appropriate disciplinary committee. (This applies to a person not now enrolled in the University who might apply for admission, or to a person who has pre-enrolled whether or not the applicant has paid a deposit.) A favorable action of the appropriate disciplinary committee does not abrogate the right of any dean or director to deny admission on the basis of scholarship. (See § 1-303.)

(f) The University reserves the right to withhold authority to register to any student or former student because of previous misconduct that may substantially affect the interests of the University or to assign appropriate disciplinary status to the student or former student. Permission to register will not be approved or denied until the case has been heard by the appropriate disciplinary committee. A favorable action by the appropriate disciplinary committee does not abrogate the right of any dean or director to deny the authority to register on the basis of scholarship. (See § 1-303.)

(g) Students admitted to or enrolled in the Graduate College or any of the professional schools or colleges are subject to any additional conduct regulations of those units. Regulations will be available in printed form to those students.

(h) The University will take disciplinary action for conduct violating §§ 1-302 to 1-311 below. Disciplinary action also may be taken for violations of other sections. Examples include but are not limited to: (1) § 1-102(d) (Orderly Conduct of Classes); (2) § 2-402 (Library Regulations); (3) § 2-404 (Picketing); (4) § 2-405 (Solicitation and Commercial Activity in University Residence Halls); (5) § 2-406 (Posting and Distribution of Handout Materials); and (6) § 2-606 (Use of In-line Skates, Roller Skates, and Skateboards).

(i) Alleged violations of the *Student Code* noted in (h) above are resolved through procedures developed and approved by the Senate Committee on Student Discipline, its Subcommittees on Student Conduct, and Disciplinary Officers approved by the Senate Committee on Student Discipline. These procedures include: Disciplinary Officer Procedures (informal resolution); Procedures for Appeal from the Action of Disciplinary Officers; Procedures for the Subcommittee on Undergraduate Student Conduct; and Procedures for Appeal to the Senate Committee on Student Discipline. These procedures may be found at www.conflictresolution.illinois.edu or by contacting the Office for Student Conflict Resolution. Other procedures available at the Office for Student Conflict Resolution include