IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, ) | |
| ) | Case No: 2:19-cv-02054 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE: COLIN S. BRUCE |
| ) | |
| BOARD OF TRUSTEES OF THE ) | |
| UNIVERSITY OF ILLINOIS ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR PRELIMINARY INJUNCTION
AND/OR TEMPORARY RESTRAINING ORDER**

Now comes Plaintiff, John Doe, by and through undersigned counsel, Eric F. Long, and pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure, moves for a preliminary injunction and/or a Temporary Restraining Order enjoining Defendants from its continued sanction against Plaintiff and denying his degree from University of Illinois.

The grounds for this motion are set forth in the Memorandum of Law in Support of the instant Motion, which is incorporated herein by reference. Plaintiff further relies on his Complaint, which is incorporated herein by reference,

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant his Motion for Preliminary Injunction and issue an Order:

1. Enjoining Defendant from continuing its sanction against Plaintiff stemming from the University's Title IX investigation involving Plaintiff and Jane Roe;

2. Ordering the University to award Plaintiff his MBA Degree;

3. Expunge and/or otherwise seal Plaintiff's disciplinary records from all University records; and

4. Represent Plaintiff's good standing to inquiring third parties.

Respectfully submitted,

/s/ Eric F. Long
Eric F. Long
Friedman & Nemecek, L.L.C.
1360 E. 9th Street
Suite 650
Cleveland, Ohio 44114
T: (216) 928-7700
E: efl@fanlegal.com