E-FILED
Wednesday, 20 March, 2019  10:52:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN DOE, | ) |
| | ) Case No: 2:19-cv-02054 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE: COLIN S. BRUCE |
| | ) |
| BOARD OF TRUSTEES OF THE | ) |
| UNIVERSITY OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR LEAVE TO APPEAR AT THE PRELIMINARY INJUNCTION/TEMPORARY RESTRAINING ORDER HEARING VIA TELEPHONE**

Now come Plaintiff and Defendant, by and through their respective undersigned counsel, and respectfully move this Honorable Court to enter an Order granting counsel leave to appear at the Preliminary Injunction/Temporary Restraining Order Motion hearing currently scheduled for March 28, 2019 at 10:30 a.m., via telephone. In support thereof, the parties state the following:

1. Plaintiff filed his Complaint against Defendant on March 6, 2019. On March 13, 2019, Plaintiff filed a Motion for Preliminary Injunction and/or Temporary Restraining order and his Memorandum in Support.

2. This Honorable Court entered an Order directing Defendant to file its Response on or before March 21, 2019 and set the matter for a hearing, if necessary, on March 28, 2019 at 10:30 a.m.

3. Counsel for Plaintiff, Eric F. Long, is scheduled to begin a murder trial in Cuyahoga County Ohio in case number CR-17-616546, captioned *State of Ohio v. Mathew Adkins*. The trial is expected to last at least ten (10) days and Mr. Long is therefore unavailable to physically appear in the Central District of Illinois for the scheduled hearing.

4.      Lead counsel for Defendant, Peter Land, is also going to be out of state for the week of March 25-29, 2019 and will be unavailable to physically attend the hearing.

5.      The parties understand that this Honorable Court may rule on the briefs, however should the Court require a hearing on the matter, the parties anticipate that the hearing could be conducted telephonically, as the facts pertinent to the injunctive relief are largely uncontested, relate to documented evidence and the University's written policies and procedures, and the issues before the Court are primarily questions of law.

6.      Conducting the hearing telephonically would permit the parties to move forward as scheduled and allow this Honorable Court to hear the matter prior to the immigration application deadline set forth in Plaintiff's Motion for Preliminary Injunction/Temporary Restraining Order. It is respectfully submitted that neither party would be prejudiced by a telephonic hearing.

**WHEREFORE,** the Parties respectfully request that this Honorable Court enter an Order granting counsel leave to appear for the hearing set for March 28, 2019 at 10:30 a.m. via telephone.

Respectfully submitted,

*/s/ Eric F. Long*                                                      */s/ Peter G. Land*

Eric F. Long                                                            Peter G. Land
Friedman & Nemecek, L.L.C.                              Gwendolyn Baxter Morales
1360 E. 9th Street                                                Husch Blackwell LLP
Suite 650                                                                120 South Riverside Plaza, Suite 2200
Cleveland, Ohio 44114                                         Chicago, Illinois 60606
T: (216) 928-7700                                                 T: (312) 655-1500
E: efl@fanlegal.com                                            E: Peter.Land@huschblackwell.com
                                                                              E: Gwendolyn.Morales@huschblackwell.com

*Counsel for Plaintiff*                                           *Counsel for Defendant*