E-FILED
Friday, 07 June, 2019  10:14:26 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | Case No: 2:19-cv-02054 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE: COLIN S. BRUCE |
| | ) | |
| BOARD OF TRUSTEES OF THE | ) | MAGISTRATE JUDGE: ERIC I. LONG |
| UNIVERSITY OF ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, John Doe, and Defendant, Board of Trustees of the University of Illinois, by their respective counsel, hereby stipulate this case be voluntarily dismissed with prejudice, and without costs to any party.

Respectfully submitted this 7th day of June, 2019.


/s/ Eric F. Long                                         /s/ Peter G. Land

Eric F. Long                                             Peter G. Land
Friedman & Nemecek, L.L.C.                               Gwendolyn Baxter Morales
1360 E. 9th Street                                       Husch Blackwell LLP
Suite 650                                                120 South Riverside Plaza, Suite 2200
Cleveland, Ohio 44114                                    Chicago, Illinois 60606
T: (216) 928-7700                                        T: (312) 655-1500
E: efl@fanlegal.com                                      E: Peter.Land@huschblackwell.com
                                                         E: Gwendolyn.Morales@huschblackwell.com


*Counsel for Plaintiff*                                  *Counsel for Defendant*